ishment before a determination of guilt. See C.Cr.P. Art. 317.

240 So.2d 743

Frank Honeycutt PALMER

v.

STATE of Louisiana.

No. 50995.

Nov. 23, 1970.

Writs refused. The showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction.